IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA BEAMON,        ) | |
| ) | |
|     Plaintiff,       ) | |
| ) | CIVIL ACTION NO. |
|   v.                    ) | 2:23cv344-MHT |
| ) | (WO) |
| MARTIN O'MALLEY,       ) | |
| Commissioner of Social ) | |
| Security,              ) | |
| ) | |
|     Defendant.       ) | |

### OPINION

Plaintiff filed this lawsuit seeking review of an administrative law judge's finding that she was not entitled to widow's insurance benefits and/or surviving divorced spouse benefits under Title II of the Social Security Act.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's construed motion for summary judgment (Doc. 11) be denied, the defendant's construed motion for summary judgment (Doc. 15) be granted, and the defendant's decision be affirmed.  There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of September, 2024.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**