IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA BEAMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv344-MHT |
| | ) | (WO) |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 18) is adopted.

(2) The plaintiff's construed motion for summary judgment (Doc. 11) is denied.

(3) The defendant's construed motion for summary judgment (Doc. 15) is granted.

(4) The decision of the Commissioner of Social Security denying benefits to the plaintiff is affirmed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of September, 2024.

                                           /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE